# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE: )
CRYSTAL N. JONES ) CASE NO. 17-82312-CRJ-13
 )
SSN XXX-XX-5868 )
 ) CHAPTER 13
            DEBTOR )

## TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

COMES NOW, Michele T. Hatcher, Chapter 13 Standing Trustee, and objects to the Debtor's Claim of Exemptions and as grounds therefore states the following:

( )   1. Debtor's Claim of Exemptions for personal property exceeds the amount of $7,500 per debtor allowed by §6-10-6, *Code of Ala.,* 1975.

( )   2. Debtor's Claim of Homestead Exemption exceeds the amount of $15,000 per debtor allowed by §6-10-2, *Code of Ala.,* 1975.

( )   3. Debtor claimed as exempt real estate which is not the Debtor's homestead under the laws of the State of Alabama.

( )   4. Debtor claimed a homestead exemption on real estate that is not owned by the Debtor.

( )   5. Debtors claimed as exempt property under Section 522(b)(2) of the *Bankruptcy Code,* but the Debtor is limited to the exemptions authorized by the *Alabama Code* under Section 522(b)(2) of the *Bankruptcy Code.* See § 6-10-11, *Code of Ala.*, 1975.

(X)   6. Debtor claimed as exempt property pursuant to the Code of Ala., 1975 which is not the applicable State law on the date of the filing of the petition due to the location of the Debtor's domicile for the 730 days immediately preceding the date of the petition and/or the 180 days immediately preceding the 730 day period.

WHEREFORE, the Trustee respectfully requests the Court enter an order granting the Trustee's Objection to Debtor's Claim of Exemptions as set forth in paragraph six (6) above.

RESPECTFULLY SUBMITTED this the 6th day of October, 2017.

/s/ Michele T. Hatcher
Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602
(256) 350-0442

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2017, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Crystal N. Jones
107 Compass Hill Circle
Toney, AL 35773

G. John Dezenberg
Attorney for Debtor
908 C North Memorial Parkway
Huntsville, AL 35801

/s/ Michele T. Hatcher
Trustee